Rick TODD, Plaintiff–Appellant,

v.

Patti LLEWELLYN; Cindy Tinkham,
Defendants–Appellees.

No. 02–7068.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

Rick Todd, Appellant Pro Se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Rick Todd appeals the district court's order dismissing as frivolous his action filed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Todd v. Llewellyn,* No. CA–02–313 (E.D.N.C. June 12, 2002). We deny Todd's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*